ACCEPTED
05-18-00287-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 5:51 PM
LISA MATZ
CLERK

**NO. 05-18-00287-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
03/26/2018 5:51:10 PM
LISA MATZ
Clerk

In the Interest of T.Y., a child

In the Court of Appeals
Fifth District of Texas
at Dallas, Texas

## MOTION TO EXCUSE APPELLANT FROM PAYING FEES

Appellant, S.N., through her appellant counsel, requests the Court to grant her an excuse from having to pay fees and costs in this case, including the $205.00 filing fee. *See* TEX. R. APP. P. 5.

As ground for relief, Appellant shows the Court:

a)　On 3/26/18, Appellant filed with the Court her *Statement of Inability to Afford Payment of Court Costs*. *See* TEX. R. APP. P. 20.1(b)(2) and 20.1(c); and

b)　Attached to and incorporated herein is a copy of the trial court order appointing Appellant an appeal attorney.

Appellant prays this motion be granted and for general relief.

Respectfully submitted,

/s/ Ray Chappelle_____
RAY CHAPPELLE
Attorney for Appellant
Texas Bar Number: 04144100
1327 Empire Ctrl Dr, Ste 110-5
Dallas, TX 75247
214-965-0343　Fax 214-736-3902
Email: ray.chappelle@gmail.com

Motion to Excuse from Paying Fees - 1

## Certificate of Conference

I hereby certify that on 3/26/2018, I conferred with Lori Ordiway, counsel for the opposing party, about the merits of this motion, and said counsel will not oppose the motion.

_/s/ Ray Chappelle_

## Certificate of Service

I, Ray Chappelle, Attorney for Appellant, S.N., hereby certify that a true copy of the foregoing motion has been served on Lori Ordiway, Counsel for Appellee, Texas Department of Family and Protective Services, via electronic service through efileTexas.gov to lori.ordiway@dallascounty.org, on on 3/26/2018.

_/s/ Ray Chappelle_

NO. ___JC 17-341___

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | 304th JUDICIAL DISTRICT |
| CHILDREN | § | DALLAS COUNTY, TEXAS |

### ORDER OF APPOINTMENT FOR PARENT UNDER TITLE II

TO: ___Ray Chapelle___ TELEPHONE NO: _____

FAX NO:_____ EMAIL:_____

On this day, the Court made an initial determination of indigence for _____ and finds that the parent of the subject child(ren) is indigent.

Pursuant to Texas Family Code you are hereby appointed to represent the parent, of the child(ren) who is indigent.

You are hereby ORDERED to make contact with your client within twenty-four hours from today to complete the attached indigence form and shall file the completed form along with responsive pleadings with the court within seventy-two hours from today.

Such appointment continues until released by the Court. Such appointment concludes upon entry of a final order. The next hearing in scheduled for _____ for a _____ hearing.

Signed the __9__ day of ___March___, 2018.

_____
JUDGE

DA: _____